UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                           )
                                                           )
EUGENIO AUGUSTO DE OLIVEIRA GOMES  )
       Plaintiff(s),                               )
                                                           )
v.                                                         )   Civil Action No. 25-12737-JEK
                                                           )
                                                           )
                                                           )
PATRICIA HYDE, TODD M LYONS,       )
DEPATMENT OF HOMELAND SECURITY,    )
KRISTI NOEM, and PAMELA BONDI      )
       Defendant(s).                             )
                                                           )
_____)

**JUDGMENT**

**KOBICK, D.J.**

☐   Jury Verdict. This action came before the court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒   Decision by the Court: In accordance with the Court's Electronic Order dated October 1, 2025, [ECF 8], granting the Petition for Writ of Habeas Corpus

**IT IS ORDERED AND ADJUDGED:**

Judgment for the Petitioner Eugenio Augusto De Oliveira Gomes


Dated: October 10, 2025

                                                  /s/ Haley Currie

                                                  Deputy Clerk